Roberto GAGLIARDI and Maria L. Gagliardi, Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant.

No. 2008–5096.

United States Court of Appeals, Federal Circuit.

Sept. 3, 2008.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).